TKM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. |
| ) | |
| Plaintiff, ) | **'08 MJ 1403** |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Cesar PEREZ-Perez,** ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **May 4, 2008** within the Southern District of California, defendant, **Cesar PEREZ-Perez**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **5th** DAY OF **MAY 2008**

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE



CONTINUATION OF COMPLAINT:
Cesar PEREZ-Perez

## PROBABLE CAUSE STATEMENT

On May 4, 2008 at approximately 3:15 p.m. Senior Patrol Agent J. Rasmusson was en route to his assigned area of operations in Campo, California. Agent Rasmusson observed eight individuals loitering on Tavern Road near the Alpine Inn in Alpine, California. This area is approximately ten miles north and two miles west of the Tecate, California Port of Entry. It is common for undocumented illegal aliens to loiter in this area after they cross the United States/Mexico border illegally to seek employment as day laborers. Agent Rasmusson approached the eight individuals and identified himself as a United States Border Patrol Agent and questioned all eight individuals as to their citizenship. Four of the individuals possessed proper United States immigration documents in order to remain in the United States legally. The other four individuals including one later identified as the defendant Cesar PEREZ-Perez admitted to being citizens and nationals of Mexico illegally in the United States. All four individuals were placed under arrest and transported to the Tecate Processing Center in Tecate, California.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **March 20, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.