```
                                        FILED

                                        JUN - 3 2008

                                   CLERK, U.S. DISTRICT COURT
                                 SOUTHERN DISTRICT OF CALIFORNIA
                                                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR 1774-BEN |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 8, U.S.C., Sec. 1325 - |
|  | ) Illegal Entry (Misdemeanor); |
| CESAR PEREZ-PEREZ, | ) Title 8, U.S.C., Sec. 1325 - |
|  | ) Illegal Entry (Felony) |
| Defendant. | ) |

The United States Attorney charges:

### Count 1

On or about _____April 2008_____, within the Southern District of California, defendant CESAR PEREZ-PEREZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

CJB:kmm:San Diego
5/22/08

<u>Count 2</u>

On or after ~~March 21~~ May 4, 2008, within the Southern District of California, defendant CESAR PEREZ-PEREZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: June 3, 2008.

KAREN P. HEWITT
United States Attorney

*Charlotte E. Kaiser for*

CARLA J. BRESSLER
Assistant U.S. Attorney

2