AO 455(Rev. 5/85) Waiver of Indictment

**FILED**
JUL 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Superseding **WAIVER OF INDICTMENT** |
| v. | |
| CESAR PEREZ-CAMPOS T/N, aka Cesar Perez-Perez | CASE NUMBER: 08CR1774GT |

I, <u>CESAR PEREZ-CAMPOS T/N, aka Cesar Perez-Perez</u>, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed superseding information, and of my rights, hereby waive in open court on __7/14/08__ prosecution by indictment and consent that the proceeding may be by superseding information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER